# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CR-00238-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| GERREN EZEKEIL DARTY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Marcia G. Shein]" (document # 590) filed March 8, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 8, 2013

David S. Cayer
United States Magistrate Judge